```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT
```

UNITED STATES OF AMERICA       :
                               :
    v.                         : File No. 2:04-CR-71
                               :
SEAN FABIAN                    :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed August 23, 2005. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b) (1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id.*

The motion to dismiss and motion to suppress ( Paper 27 and Paper 20)are **DENIED**.

Dated at Burlington, in the District of Vermont, this 9th day of September, 2005.

                                              /s/ William K. Sessions III
                                              William K. Sessions III

Chief Judge